**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| EXAFER LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:19-cv-00687-ADA |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**JOINT STIPULATION TO TRANSFER VENUE TO THE AUSTIN DIVISION**

WHEREAS, the above-captioned action was filed by Plaintiff Exafer Ltd. ("Exafer") against Defendant Microsoft Corporation ("Microsoft") in the United States District Court for the Western District of Texas, Waco Division on December 4, 2019;

WHEREAS, in the above-captioned action, Exafer alleges that Microsoft's Azure Platform (the "Accused Product") infringes U.S. Patent Nos. 8,325,733 and 8,971,335 (collectively, the "Asserted Patents"); Microsoft denies those allegations;

NOW, THEREFORE, Exafer and Microsoft, through each party's respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(b). Exafer and Microsoft request that an Order be entered directing the Clerk of the Court to transfer the above-captioned case to the Austin Division but to remain on the docket of this Court.

DATED: February 3, 2020

Respectfully Submitted,

By:   */s/ M. Brett Johnson*
M. Brett Johnson
Texas Bar No. 00790975
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Tel. (214) 453-6500
Fax (214) 453-6400
mbjohnson@winston.com

Katherine Vidal (admitted *pro hac vice*)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Tel. (650) 858-6500
Fax (650) 858-6550
kvidal@winston.com

Samantha M. Lerner (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Tel. (312) 558-5600
Fax (312) 558-5700
slerner@winston.com

**COUNSEL FOR DEFENDANT
MICROSOFT CORPORATION**

By:   */s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas Bar No. 00791308
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel./Fax (512) 865-7950
raymort@austinlaw.com

Ronald M. Daignault (*pro hac vice* forthcoming*)*
Chandran B. Iyer (*pro hac vice* forthcoming*)*

        Oded Burger (*pro hac vice* forthcoming*)*
        Jason Charkow (*pro hac vice* forthcoming*)*
        GOLDBERG SEGALLA LLP
        711 Third Avenue, Suite 1900
        New York, New York 10017
        Tel. (646) 292-8700
        rdaignault@goldbergsegalla.com
        ciyer@goldbergsegalla.com
        oburger@goldbergsegalla.com
        jcharkow@goldbergsegalla.com

        **COUNSEL FOR PLAINTIFF EXAFER LTD.**

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred via email on January 31, 2020, and that Exafer and Microsoft agreed to request the relief sought herein.

*/s/ M. Brett Johnson*
M. Brett Johnson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of February, 2020 a true and correct copy of the Joint Stipulation to Transfer Venue to the Austin Division was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

*/s/ M. Brett Johnson*
M. Brett Johnson
