UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EXAFER LTD, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-00131-RP <br><br> **JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

**IT IS ORDERED AND ADJUDGED** that Microsoft's Motion for Summary Judgment Based on Absence of Remedy [Dkt. 243] is **GRANTED**; Exafer's claims against Microsoft are **DISMISSED** with prejudice; Microsoft's counterclaims against Exafer are **DISMISSED** without prejudice; Final Judgement is **ENTERED** against Plaintiff Exafer; and the case is **CLOSED** from the docket of the Court.

**SIGNED** this 30th day of August.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1